FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 0 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '09 - CV - 00611 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

EXECUTIVE DIRECT [sic] ARISTEDES ZAVARAS,

    Defendant.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fort Lyons, Colorado, correctional facility. Mr. Green has submitted to the Court *pro se* a letter to the clerk of the Court and a motion titled "Motion for Immediate Special Court Order to Order the Defendant to Allow the Plaintiff to Make Photocopies of His Massive 1983 Civil Rights Complaint and Accompanying Legal Documents and to Provide the Plaintiff With at Least Ten (10) Hours Use of the Prison Law Library and Use of a Law Library Typewriter With No Limit on the Typewriter Ribbons and Correction Tape." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified

Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the motion titled "Motion for Immediate Special Court Order to Order the Defendant to Allow the Plaintiff to Make Photocopies of His Massive 1983 Civil Rights Complaint and Accompanying Legal Documents and to Provide the Plaintiff With at Least Ten (10) Hours Use of the Prison Law Library and Use of a Law Library Typewriter With No Limit on the Typewriter Ribbons and Correction Tape" is denied as moot.

DATED at Denver, Colorado, this 18 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'09-CV-00611**

Clovis Carl Green, Jr.
Prisoner No. 69277
Fort Lyon Corr. Facility
PO Box 1000 - Unit 4
Fort Lyon, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/26/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk